**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

JESSICA STUART                                              PLAINTIFF

VS.                                                         CASE NO. 1:15CV130

SHERIFF RANDY TOLAR, ET AL                                  DEFENDANTS

**ORDER DISMISSING ACTION
BY REASON OF SETTLEMENT**

The court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

**IT IS FURTHER ORDERED** that this action be dismissed without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 5TH day of October, 2016.

/S/ Sharion Aycock
Sharion Aycock
Chief Judge
United States District Court
Northern District of Mississippi