**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**JESSICA STUART**                                                                    **PLAINTIFF**

**V.**                                                              **CAUSE NO. 1:15-CV-130-SA-DAS**

**SHERIFF RANDY TOLAR, ET AL**                                                 **DEFENDANTS**


## ORDER

The Complaint filed herein by Plaintiff against the Defendants, Prentiss County, Sheriff

Randy Tolar in his official capacity as Sheriff of Prentiss County, Michael Page and all John Does,

together with the civil actions stated therein and the demands made or which might have been made

for relief therein by the Plaintiff, shall be, and the same hereby are, dismissed with full prejudice.

ACCORDINGLY, IT IS ORDERED this action should be dismissed with full prejudice.

This the 8th day of November, 2016.

                     **/s/ Sharion Aycock**
                     **U.S. DISTRICT JUDGE**